UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 14-20140-CIV-LENARD/GOODMAN

BRENT BALTZER, on behalf of himself and all others
similarly situated

        Plaintiff,

v.

MIDLAND CREDIT MANAGEMENT, INC. d/b/a
MCM, a foreign corporation, MIDLAND FUNDING,
LLC, a foreigncorporation,
MIDLAND FUNDING LLC, a foreign
limited liability company and ENCORE
CAPITAL GROUP, INC., a foreign profit
corporation,

        Defendants
_____/

## MEDIATOR'S REPORT TO COURT

Please be advised that the above styled case was mediated on November 14, 2014, consistent with the Orders of the Court.

The case did not resolve and impasse was declared.

While the parties and their counsel are prepared to proceed toward a litigated resolution, I remain committed to achieve a negotiated resolution at such time as it is mutually deemed appropriate.

        Respectfully submitted,

        */s/ Rodney A. Max*
        Rodney A. Max

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was electronically furnished this 18th day of November, 2014, to the following:

Ian Leavengood, Esquire
Aaron M. Swift, Esquire
Leavengood, Dauval & Boyle, P.A.
3900 First Street North, Suite 100
St. Petersburg, FL 33703
727-327-3328 / 727-327-3305
ileavengood@leavenlaw.com
aswift@leavenlaw.com

Linda M. Reck, Esquire
Michele L. Stocker, Esquire
Cory W. Eichhorn, Esquire
Greenberg Traurig, L.L.P.
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301-4223
954-768-8258 / 954-765-1477
reckl@gtlaw.com
stockerm@gtlaw.com
eichhornc@gtlaw.com

_____
RODNEY A. MAX

**UPCHURCH WATSON WHITE & MAX**
125 South Palmetto Avenue
Daytona Beach, FL 32114
800-264-2622